IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY MARIE ANN FAHY** | : | **CIVIL ACTION** |
| v. | : | |
| **MICHAEL J. ASTRUE,** *Commissioner of the* | : | **NO. 06-366** |
| *Social Security Administration* | : | |

## AMENDED ORDER

**AND NOW**, this    14th    day of July, 2008, the Court having considered the parties' Motions for Summary Judgment and reviewed the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, Defendant's Objections thereto, and the entire record, including the ALJ's decision, transcript of the hearing, and hearing exhibits, it is **ORDERED** that:

1. The Report and Recommendation (docket no. 11) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (docket no. 8) is **GRANTED** in part;

3. Defendant's Motion for Summary Judgment (docket no. 9) is **DENIED**;

4. This matter is **REMANDED** to the Commissioner for further proceedings; and

5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

S/ BRUCE W. KAUFFMAN
BRUCE W. KAUFFMAN, J.